■ In the Matter of Arbitration between STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent, and FREDERICK MALLONE, Appellant. [631 NYS2d 259] —Judgment unanimously affirmed without costs *(see, Matter of State Farm Mut. Auto. Ins. Co.,* [Hill] 213 AD2d 976. (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Stay Arbitration.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.